# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 cr 11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| JEREMY SOL MINTZ, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned at a detention hearing for Defendant.  At the call of this matter, it appeared that the Government was requesting that the undersigned release the Defendant on terms and conditions of prehearing release.   The undersigned then presented the issue that it appeared from Defendant's criminal record, a warrant for the arrest of Defendant had been issued on November 13, 2001 in San Diego, CA alleging that Defendant had violated terms and conditions of probation.   A second warrant was issued for Defendant in Cocono County, Flagstaff, AZ on December 30, 2002 for failure of Defendant to appear in regard to charges of felony resisting arrest and disorderly conduct.   On that same date, that being May 30, 2002, a third warrant was issued for the arrest of Defendant for failure to appear on charges of felony resisting arrest, felony criminal trespass in the first degree, and misdemeanor disorderly conduct.   On February 18, 2004 in Larmar County Court, Ft. Collins, Co, a warrant was issued for the arrest of

1

Defendant for his failure to appear in regard to charges of disorderly conduct and obstructing a police officer. Due to these apparent warrants for the arrest of Defendant having been issued and appear to be outstanding, the undersigned will issue an Order directing that the United States Probation Office contact the law enforcement authorities in San Diego, CA, Flagstaff, AZ, and Ft. Collins, CO and advise the law enforcement officials of the whereabouts of Defendant.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the United States Probation Office contact the law enforcement officials for San Diego, CA, Flagstaff, AZ, and Ft. Collins, CO and advise law enforcement of the location of Defendant.

Signed: June 25, 2015

Dennis L. Howell
United States Magistrate Judge